IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| **Civil Action:12-cv-01272-WJM-CBS** | FTR - Reporter Deck-Courtroom A402 |
| **Date: October 25, 2012** | Courtroom Deputy: Robin Mason |

*Parties:*

TONI R. URSINI,

    Plaintiff,

v.

UNION INSURANCE COMPANY OF PROVIDENCE,

    Defendant.

*Counsel:*

Danielle Marie Rattray

Franklin D. Patterson

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:  TELEPHONIC MOTION HEARING**
**Court in Session:   9:16 a.m.**
Court calls case.  Appearances of counsel.

The court addresses the parties regarding the plaintiff's Stipulated MOTION to Amend/Correct/Modify #10 Scheduling Order (Docket No.12, filed on 10/12/2012).

Discussion regarding Rule 16(b) pertaining to extending the discovery deadline by the showing of good cause, the impact of extending the discovery deadline, what discovery the parties have completed, depositions the plaintiff and the defendant still want to take (who and how many), experts that the parties may want to use during trial, length of trial, Judge Martinez's practice standards, current discovery deadline, possible trial dates, and the parties continuing to explore settlement.

**ORDERED:**  The court **GRANTS** the plaintiff's Stipulated MOTION to Amend/Correct/Modify #10 Scheduling Order (Docket No.12, filed on 10/12/2012).  The Final Pretrial Conference is set for **August 28, 2013 at 9:00 a.m.**  The Final Pretrial Order is due **no later than SEVEN (7) DAYS before the Final Pretrial Conference**. (See the court's website for Instructions for Preparation and Submission).  The discovery

       deadline shall be extended to **April 30, 2013**; the dispositive motion deadline shall be extended to **May 30, 2013**.

HEARING CONCLUDED.

**Court in recess**:     **9:41 a.m.**
Total time in court:    00:25

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.